**T. Gordon McLEOD; et al., Plaintiffs–Appellants,**

v.

**Cliff FELLRATH; et al., Defendants– Appellees.**

No. 00–35605.

D.C. No. CV–99–01375–RSM.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 13, 2001.*

Decided Aug. 29, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM ***

T. Gordon McLeod and Saundra McLeod appeal pro se the district court's order denying their motion for reconsideration of the district court's summary judgment in favor of defendants in their action alleging that city officials violated their rights by passing an ordinance that applied only to them and put them out of business. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion the district court's denial of a motion for reconsideration, *Sch. Dist. No. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir. 1993), and we affirm.

Because the McLeods failed to demonstrate mistake, inadvertence, surprise, excusable neglect, newly-discovered evidence, or any other basis for relief from judgment, the district court did not abuse its discretion by denying the motion for reconsideration. *See id.* at 1262–63.

We reject the McLeods' remaining contentions.

We deny without prejudice to renewal of Appellees' request for attorneys fees and

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the

expenses. *See* Fed. R.App. P. 39; Ninth Circuit Rule 39–1.

**AFFIRMED.**